UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
GARDEN CITY BOXING CLUB,         )
                                 )
            Appellant,           )    1:05-CV-770 OWW TAG
                                 )
       v.                        )
                                 )
CATHY NELL PATTY,                )    ORDER DISMISSING ACTION
                                 )
                                 )
            Defendant            )
_____)
```

Pursuant to the Notice of Voluntary Dismissal filed by the plaintiff, this action is dismissed in its entirety.

Dated: September 16, 2005          /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1